926

No. 1664. DESERT OUTDOOR ADVERTISING, INC. v. CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal,, County of Riverside, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 953. D. v. COUNTY OF ONONDAGA. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL are of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 1598. HOENE ET AL. v. JAMIESON, STATE COMMISSIONER OF HIGHWAYS OF MINNESOTA, ET AL. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.

No. 5078. IN RE JOHNSON. Appeal from Ct. App. Md. Motion of appellant for leave to proceed *in forma pauperis* granted. Appeal dismissed for want of substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 5667. DEBACKER v. SIGLER. Appeal from Sup. Ct. Neb. Motion of appellant for leave to proceed *in forma pauperis* granted. Appeal dismissed for want of substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted and case set for oral argument.